IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02242-WYD-MEH

reFX AUDIO SOFTWARE, INC.,

    Plaintiff,

v.

DOES 1-22,

    Defendants.

---

**ORDER**

---

    In accordance with the Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 15, 2013 (ECF No. 16), it is

    ORDERED that Defendant Does 11 and 15 are **DISMISSED WITH PREJUDICE**. Defendant Does 8, 19, and 22 are **DISMISSED WITHOUT PREJUDICE**.  These Defendants shall hereafter be taken off the caption.

    Dated:  November 15, 2013

                                     BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       Wiley Y. Daniel
                                       Senior United States District Judge