IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02242-WYD-MEH

reFX AUDIO SOFTWARE, INC.,

 Plaintiff,

v.

VERONICA RODRIGUEZ,
NANCY ENGLEHART,
JAMISON WILLIAMS,
BON KOO, and
RUTH HUTCHINSON,

 Defendants.

## ORDER

In accordance with the Notice of Dismissal of Defendant Jamison Williams Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed January 3, 2014 (ECF No. 31), it is

ORDERED that Defendant Jamison Williams is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  January 6, 2014

        BY THE COURT:


        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Senior United States District Judge