IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02242-WYD-MEH

reFX AUDIO SOFTWARE, INC.,

    Plaintiff,

v.

VERONICA RODRIGUEZ,
NANCY ENGLEHART,
JAMISON WILLIAMS,
BON KOO, and
RUTH HUTCHINSON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 21, 2014.**

    For good cause shown, Defendant Nancy Englehart's Unopposed Motion to Extend the Answer Date to Plaintiff's Complaint [filed January 17, 2014; docket #42] is **granted**. Defendant Englehart shall file an answer or other response to the operative complaint on or before **February 19, 2014**.