IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02242-WYD-MEH

reFX AUDIO SOFTWARE, INC.,

    Plaintiff,

v.

VERONICA RODRIGUEZ,
NANCY ENGLEHART,
BON KOO, and
RUTH HUTCHINSON,

    Defendants.

---

## ORDER

---

In accordance with the Notice of Dismissal of Defendant Doe 3 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed January 28, 2014 (ECF No. 45), it is

ORDERED that Defendant Doe 3, who was previously terminated as a Defendant by the Court on December 11, 2013, pursuant to the Amended Complaint, is now **DISMISSED WITH PREJUDICE**.

Dated:  January 28, 2014

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge