IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02242-WYD-MEH

reFX AUDIO SOFTWARE, INC.,

    Plaintiff,

v.

VERONICA RODRIGUEZ,
NANCY ENGLEHART,
BON KOO, and
RUTH HUTCHINSON,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal of Bon Koo Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed January 29, 2014 (ECF No. 47), it is

ORDERED that Defendant Bon Koo is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  January 29, 2014

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge