IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02242-WYD-MEH

reFX AUDIO SOFTWARE, INC.,

   Plaintiff,

v.

VERONICA RODRIGUEZ,
NANCY ENGLEHART, and
RUTH HUTCHINSON,

   Defendants.

---

## ORDER

---

   In accordance with the Notice of Dismissal of Nancy Englehart Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed February 25, 2014 (ECF No. 55), it is

   ORDERED that Defendant Nancy Englehart is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  February 25, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge