IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02242-WYD-MEH

reFX AUDIO SOFTWARE, INC.,

      Plaintiff,

v.

VERONICA RODRIGUEZ, and
RUTH HUTCHINSON,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2014.**

      Plaintiff's Motion for Withdrawal of Clerk's Entry of Default of Ruth Hutchinson [filed March 7, 2014; docket #57] is **granted**.  The Clerk's Entry of Default against Defendant Ruth Hutchinson is hereby **withdrawn**.