IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02242-WYD-MEH

reFX AUDIO SOFTWARE, INC.,

    Plaintiff,

v.

VERONICA RODRIGUEZ, and
RUTH HUTCHINSON,

    Defendants.

---

## ORDER

---

In accordance with the Notice of Dismissal of Ruth Hutchinson Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed March 19, 2014 (ECF No.60), it is

ORDERED that Defendant Ruth Hutchinson is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  March 19, 2014

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge