IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02242-WYD-MEH

reFX AUDIO SOFTWARE, INC.,

    Plaintiff,

v.

VERONICA RODRIGUEZ,

    Defendant.

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal of Veronica Rodriguez Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed May 22, 2014 (ECF No. 62), it is

ORDERED that Defendant Veronica Rodriguez and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  May 23, 2014

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge